IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Coleman, Bilronn W | Case Number: 08 B 09075 |
|---|---|---|
| | Coleman, Dominique C | Judge: Wedoff, Eugene R |
| | Printed: 9/3/08 | Filed: 4/14/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: June 25, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 692.00 | |
| Secured: | | 270.89 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 18.83 |
| Other Funds: | | 402.28 |
| Totals: | 692.00 | 692.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Franklin Credit Management Corporation | Secured | 0.00 | 0.00 |
| 2. | Franklin Credit Management Corporation | Secured | 0.00 | 0.00 |
| 3. | Marquette Consumer Finance | Secured | 0.00 | 0.00 |
| 4. | Marquette Consumer Finance | Secured | 752.00 | 270.89 |
| 5. | City of Harvey | Secured | 344.75 | 0.00 |
| 6. | Franklin Credit Management Corporation | Secured | 2,966.40 | 0.00 |
| 7. | Franklin Credit Management Corporation | Secured | 12,580.02 | 0.00 |
| 8. | Sprint Nextel | Unsecured | 168.71 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 133.50 | 0.00 |
| 10. | Sallie Mae | Unsecured | 236.36 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 94.91 | 0.00 |
| 12. | First Financial | Unsecured | 182.83 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 62.62 | 0.00 |
| 14. | Corinthian Schools | Unsecured | 39.55 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 38.54 | 0.00 |
| 16. | Bank Of America | Unsecured | | No Claim Filed |
| 17. | Alexian Brothers Medical Center | Unsecured | | No Claim Filed |
| 18. | Direct Tv | Unsecured | | No Claim Filed |
| 19. | Citibank | Unsecured | | No Claim Filed |
| 20. | HSBC Auto Finance | Unsecured | | No Claim Filed |
| 21. | Nicor Gas | Unsecured | | No Claim Filed |
| 22. | Illinois Insurance Center | Unsecured | | No Claim Filed |
| 23. | Nicor Gas | Unsecured | | No Claim Filed |
| 24. | Cingular Wireless | Unsecured | | No Claim Filed |
| 25. | Uic-Physicians Group | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Coleman, Bilronn W<br>Coleman, Dominique C<br>Printed: 9/3/08 | Case Number: 08 B 09075<br>Judge: Wedoff, Eugene R<br>Filed: 4/14/08 |

```
                                              _____     _____
                                              $ 17,600.19    $ 270.89
```

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 18.83 |
| | _____ |
| | $ 18.83 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____